**FILED**
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br>JULIO CESAR LOPEZ,<br><br>　　　　　Defendant. | CASE NO. 05CR0591<br><br>ORDER TRANSFERRING CASE |

For good cause appearing, I consent to having this case returned to my calendar.

DATED: 5|1 ,2007

_____
JOHN S. RHOADES, SR.
United States District Judge

For good cause appearing, I consent to having this case transferred from my calendar to the calendar of the Hon. John S. Rhoades.

DATED: May 1 ,2007

_____
BARRY TED MOSKOWITZ
United States District Judge

cc:　All parties

- 1 -

05CR0591